**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL BECKHAM                                                    *
                                                                *
                    Plaintiff                                   *
                                                                *
V.                                                              *
                                                                *        NO: 4:10CV02015   SWW
GARY BURNETT, individually and in                               *
his official capacity as Sheriff of Prairie                     *
County, Arkansas, et al.                                        *
                                                                *
                    Defendants                                  *
                                                                *

**ORDER**

        Before the Court is the parties' joint motion to dismiss.  The parties report that they have

entered an agreement settling this matter, and they request that Plaintiff's claims against each

defendant be dismissed with prejudice.  The motion (docket entry #11) is GRANTED.  This

action is DISMISSED WITH PREJUDICE.

        IT IS SO ORDERED THIS 19TH   DAY OF SEPTEMBER, 2011.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE