## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CAROL BECKHAM | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:10CV02015   SWW |
| GARY BURNETT, individually and in his official capacity as Sheriff of Prairie County, Arkansas, et al. | * * * * | |
| Defendants | * * | |

## ORDER

Before the Court is the parties' joint motion to dismiss.  The parties report that they have entered an agreement settling this matter, and they request that Plaintiff's claims against each defendant be dismissed with prejudice.  The motion (docket entry #11) is GRANTED.  This action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 19TH   DAY OF SEPTEMBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE